```
         IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

**CAROLYN J. ANDERSON**                                              **PLAINTIFF**

      **v.**         **Civil No. 06-6017**

**KIA MOTORS CORPORATION**                                           **DEFENDANT**

### O R D E R

Now on this 28th day of March, 2007, comes on for consideration the **Motion To Dismiss With Prejudice** (document #41) of defendant KIA Motors Corporation, appearing specially. This motion contends that plaintiff has failed to obtain service by March 1, 2007, the date set by the Court for that purpose. The premise of the motion is flawed. On February 6, 2007, the Court, by "text only order," extended plaintiff's time to obtain service until May 15, 2007. The motion will, therefore, be **denied**.

    **IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren  
                                                    JIMM LARRY HENDREN  
                                                    UNITED STATES DISTRICT JUDGE